**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No.08-21029-CIV-GRAHAM/TORRES

LISA UOLLA,

     Plaintiff,

v.

SUNSHINE CARE GIVERS, INC.,
and FERN ORSHAN,

     Defendants.

_____/

## NOTICE REGARDING SERVICE OF PROCESS

**THIS CAUSE** comes before the Court upon a review of the record.

Rule 4 of the Federal Rules of Civil Procedure provides in pertinent part that if service of the summons and complaint is not made within 120 days after the filing of the complaint, the Court upon motion or on its own initiative upon notice to the plaintiff, shall dismiss the action without prejudice. See Fed.R.Civ.P. 4(m). This Notice shall constitute notice to the Plaintiff(s) that the Court shall dismiss this action if the requirements of Rule 4 are not satisfied.

In addition, Plaintiff(s) are hereby advised that civil cases in this Division are set for trial within one-year of the filing of the Complaint, without exception. Accordingly, it is in all parties' best interests that Defendant(s) be served with a copy of the summons and complaint immediately, so that in the interests of justice this matter may proceed to trial expeditiously and without

delay.

     **DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of July, 2008.

s/Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record